Maria Sorace, as Administratrix, etc., of Joseph Sorace, Deceased, Respondent, v. Joshua Hatfield, Appellant.— Judgment and order affirmed, with costs. No opinion.

Louisa Siedentop, Appellant, v. August Rockoff, Respondent.— Judgment and order affirmed, with costs. No opinion.

Adolph Newberger, Respondent, v. The North River Insurance Company, Appellant.— Judgment affirmed, with costs. No opinion.

Tillie Kressel, Respondent, v. Solomon Antokoletz, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Irene Mitchell, Appellant.— Judgment affirmed. No opinion.

The United States Fidelity and Guaranty Company, Respondent, v. Twelfth Ward Bank, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

The People of the State of New York, Respondent, v. Adolph Krieger, Appellant.— Judgment and order affirmed. No opinion.

Joseph W. Jacobs, Appellant, v. Henry B. Sire, Respondent.— Judgment affirmed, with costs. No opinion. Clarke and Scott, JJ., dissenting.

Carmine Masi, Appellant, v. Michael Giorgio and Michael Fascigliane, as Executors, etc., of Filomena Masi, Deceased, Respondents, Impleaded with Domenico Silvestri and Santa Silvestri, His Wife, Defendants.— Judgment affirmed, with costs. No opinion.

Annie Baum, as Administratrix, etc., of Joseph Baum, Deceased, Respondent, v. Giuseppe Gallo and Francisco Pittelli, Doing Business under the Firm Name of Gallo & Pittelli, Appellants.— Judgment and order affirmed, with costs. No opinion.

Samuel Fleck, Appellant, v. Jacob Neidel and Louis Neidel, Respondents. Samuel Fleck, Appellant, v. Jacob Neidel and Rose Neidel, Respondents.— Judgments affirmed, without costs. No opinion.

Anna Mittelman, Respondent, v. Abraham Berkowitz, Impleaded with Pauline Berkowitz, Appellant.— Judgment affirmed, with costs. No opinion.

Robert E. Gaskell, Respondent, v. Charles H. Nolte, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Roscoe Faden, Respondent, v. Marie Alice Faden, Appellant.— Order affirmed, without costs. No opinion.

The City of New York, Appellant, v. S. E. Kellar Lumber Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Henry Ormes, Appellant, v. Daniel Winant, Incorporated, Respondent.— Order affirmed, with ten dollars costs and disbursements, without prejudice, as stated in order. No opinion.

Charles M. Eaton, Appellant, v. Orient Insurance Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Charles George Arbuthnot and Others, Suing in Their Own Behalf and in Behalf of All Other Creditors of John D. Baumann &. Company Similarly Situated Who Shall Come in and Contribute to the Expense of This Action,